IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASON WADE BANKS #552608     PLAINTIFF

v.     CASE NO. 4:19-CV-00495 BSM

KAREN GRANT     DEFENDANT

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Jerome T. Kearney [Doc. No. 12] has been received. After careful review of the record, the RD is adopted. This case is dismissed without prejudice, and this dismissal counts as a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 6th day of November 2019.

_____
UNITED STATES DISTRICT JUDGE